**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:00cr227 (SRU) |
| PABLITO COTTO | |

**ORDER**

Defendant Pablito Cotto pled guilty on August 22, 2001 to a charge of conspiracy to

possess with the intent to distribute and to distribute heroin.  Judgment entered against Cotto on

August 21, 2002.  Cotto failed to file a notice of appeal.  On August 25, 2004, Cotto filed a letter

motion requesting a docket sheet and sentencing transcript purportedly to prepare a motion

pursuant to 28 U.S.C. § 2255.  On October 26, 2007, Cotto filed a financial affidavit in support

of his letter motion.  Any potential motion pursuant to section 2255, however, appears untimely.

As such, Cotto's letter motion **[doc. # 1358]** is DENIED without prejudice.  Cotto may resubmit

his request only upon a showing of good cause for tolling the statute of limitations for bringing a

petition pursuant to section 2255.  Cotto shall submit any renewed request within thirty (30) days

of the entry of this order.

It is so ordered.

Dated at Bridgeport, Connecticut, this 20th day of November 2007.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge